[Nos. 30610-7-II; 30620-4-II.  Division Two.  November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY W. COOK, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 02-1-00044-4, Toni A. Sheldon, J., entered June 26, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[Nos. 30693-0-II; 30713-8-II.  Division Two.  November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MICHAEL VLAHOS, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 02-1-04651-9 and 02-1-04551-9, Lisa R. Worswick, J., entered July 17, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 30824-0-II.  Division Two.  November 23, 2004.]

LAWRENCE R. BOWMAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-00473-5, Thomas J. Majhan, J., entered August 29, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30830-4-II.  Division Two.  November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE M. AKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00119-1, F. Mark McCauley, J., entered August 18, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Van Deren, JJ.